ROSS & ROSS AUCTIONEERS, INC., Appellant,

v.

E. J. DAVIS.

No. 16218.

United States Court of Appeals Eighth Circuit.

June 18, 1959.

Theodor Herman, Minneapolis, Minn., for appellant.

D. W. O'Brien, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice and without taxation of costs in favor of either of the parties, on stipulation of parties.

Benjamin HEMPHILL, Appellant,

v.

UNITED STATES of America.

No. 16258.

United States Court of Appeals Eighth Circuit.

June 19, 1959.

Benjamin Hemphill, pro se.

Harry Richards, U. S. Atty., and John A. Newton, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

Charles STEWART, Appellant,

v.

UNITED STATES of America.

No. 16259.

United States Court of Appeals Eighth Circuit.

June 19, 1959.

Charles Stewart, pro se.

Harry Richards, U. S. Atty., and Gerald M. Smith, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

Isaac WEBER, Appellant,

v.

UNITED STATES of America.

No. 16260.

United States Court of Appeals Eighth Circuit.

June 19, 1959.

Harry N. Fisher, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and John A. Newton, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee. See also 8 Cir., 254 F.2d 713.